IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **RANDY DENSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | CIVIL NO. 7:13-CV-0102-HL-TQL |
| | : | |
| **District Attorney DAVID MILLER and** | : | |
| **Assistant District Attorney BRADFIELD** | : | |
| **M. SHEALY,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER ON MOTION FOR RECONSIDERATION

Plaintiff Randy Denson, an inmate currently confined at Rutledge State Prison in Columbus, Georgia, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. After conducting a preliminary review of Plaintiff's Complaint, as required by 28 U.S.C. §1915A(a), the Court found that the Complaint failed to state a claim upon which relief may be granted and sought monetary relief from immune defendants. The Complaint was accordingly dismissed without prejudice pursuant to 28 U.S.C. 1915A(b).

Plaintiff has now filed a Motion for Reconsideration (Doc. 7). In this Motion, Plaintiff alleges that the Court erred in dismissing his claim against Bradford Shealy and suggests that an attorney is not protected by prosecutorial immunity if he has violated a rule of professional conduct. Plaintiff's argument has no merit, and his Motion provides no valid basis for reconsideration. The present motion is accordingly **DENIED**.

**SO ORDERED**, this 21st day of August, 2013.

<u>*s/ Hugh Lawson*</u>
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr